1
2
3
4                     UNITED STATES DISTRICT COURT
5                    NORTHERN DISTRICT OF CALIFORNIA
6
7    BSD CROWN, LTD.,                          Case No.  23-cv-00057-AGT
8                    Plaintiff,
9            v.                                **ORDER REASSIGNING CASE**
10   AMAZON.COM, INC., et al.,
11                   Defendants.
12
13        IT IS ORDERED that this case has been reassigned using a proportionate, random and
14   blind system pursuant to General Order No. 44 to the Honorable William H. Orrick in the San
15   Francisco division for all further proceedings.  Counsel are instructed that all future filings shall
16   bear the initials WHO immediately after the case number.
17        All hearing and trial dates presently scheduled are vacated.  However, existing briefing
18   schedules for motions remain unchanged.  Motions must be renoticed for hearing before the judge
19   to whom the case has been reassigned, but the renoticing of the hearing does not affect the prior
20   briefing schedule.  Other deadlines such as those for ADR compliance and discovery cutoff also
21   remain unchanged.
22   Dated:  January 20, 2023
23
24
25                                              Mark B. Busby
                                                Clerk, United States District Court
26
27
28   A true and correct copy of this order has been served by mail upon any pro se parties.