| | |
|---|---|
| FRANCISCO A. VILLEGAS (Bar No. 206997)<br>fvillegas@atllp.com<br>MARK W. HALDERMAN (*pro hac vice*)<br>mhalderman@atllp.com<br>MARGARET R. SZEWCZYK (*pro hac vice*)<br>mszewczyk@atllp.com<br>CHARLIE M. JONAS (*pro hac vice*)<br>cjonas@atllp.com<br>ARMSTRONG TEASDALE LLP<br>7 Times Square, 44 Floor<br>New York, NY 10036<br>Telephone: (212) 209-4400<br>Facsimile: (314) 621-5065 | STEFANI E. SHANBERG (Bar No. 206717)<br>sshanberg@perkinscoie.com<br>NATHAN B. SABRI (Bar No. 252216)<br>nsabri@perkinscoie.com<br>ROBIN L. BREWER (Bar No. 253686)<br>rbrewer@perkinscoie.com<br>KARL M. JOHNSTON (Bar No. 327446)<br>kjohnston@perkinscoie.com<br>PERKINS COIE LLP<br>505 Howard Street, Suite 1000<br>San Francisco, CA 94105<br>Telephone: (415) 344-7000<br>Facsimile:  (415) 344-7050 |
| JOHN V. PICONE III (Bar No. 187226)<br>jpicone@hopkinscarley.com<br>ROBERT K. JAIN (Bar No. 309728)<br>rjain@hopkinscarley.com<br>HOPKINS & CARLEY<br>A Law Corporation<br>The Letitia Building<br>70 South First Street<br>San Jose, CA 95113-2406 | Attorneys for Defendants<br>AMAZON.COM, INC., AMAZON WEB SERVICES, INC., AND TWITCH INTERACTIVE, INC. |

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone: (408) 286-9800
Facsimile: (408) 998-4790

Attorneys for Plaintiff
BSD CROWN, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BSD CROWN, LTD.,<br><br>     Plaintiff,<br><br>     v.<br><br>AMAZON.COM, INC.,<br>AMAZON WEB SERVICES, INC., AND<br>TWITCH INTERACTIVE, INC.,<br><br>     Defendants. | Case No. 3:23-CV-00057-WHO<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1)<br><br>Complaint Served: January 12, 2023<br><br>Current response date: February 2, 2023<br><br>New response date: March 20, 2023 |

| | |
|---|---|
| 1 | WHEREAS, Plaintiff BSD Crown, Ltd. ("Plaintiff") filed Case No. 3:23-cv-00057-WHO |
| 2 | against Amazon.com, Inc., Amazon Web Services, Inc., and Twitch Interactive, Inc. (collectively, |
| 3 | "Defendants") on January 5, 2023; |
| 4 | WHEREAS, Plaintiff served the summons and complaint on Defendants on January 12, |
| 5 | 2023; |
| 6 | WHEREAS, Defendants' responses to the complaint are due on February 2, 2023; |
| 7 | WHEREAS, Defendants requested, and Plaintiff agreed to, a (45) forty-five day extension |
| 8 | of time to respond to the complaint; |
| 9 | WHEREAS, this is Defendants' first request to extend time to respond to the complaint; |
| 10 | WHEREAS, Local Rule 6-1 states that "[p]arties may stipulate in writing, without a Court |
| 11 | order, to extend the time within which to answer or otherwise respond to the complaint, or to enlarge |
| 12 | or shorten the time in matters not required to be filed or lodged with the Court, provided the change |
| 13 | will not alter the date of any event or any deadline already fixed by Court order;" |
| 14 | WHEREAS, this stipulation will not alter the date of any event or any deadline already fixed |
| 15 | by Court order. |
| 16 | NOW, THEREFORE, by and through their respective counsel of record, the parties hereby |
| 17 | stipulate and agree that Defendants' responses to the complaint shall be due on March 20, 2023. |
| 18 | IT IS SO STIPULATED. |
| 19 | Dated:  January 24, 2023 |

By: */s/ Francisco A. Villegas*
Francisco A. Villegas
ARMSTRONG TEASDALE LLP

*Counsel for Plaintiff*
BSD CROWN, LTD.

By: */s/ Stefani E. Shanberg*
Stefani E. Shanberg
PERKINS COIE LLP

*Counsel for Defendants*
AMAZON.COM, INC., AMAZON WEB SERVICES, INC., AND TWITCH INTERACTIVE, INC.


-2-

### **FILER'S ATTESTATION**

I, Stefani E. Shanberg, pursuant to Civil Local Rule 5-1(h), attest that all other signatories listed, and on whose behalf the filing is submitted, have concurred in the filing of the document.

Dated:  January 24, 2023                By:*/s/ Stefani E. Shanberg*
                                           Stefani E. Shanberg