UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BSD CROWN, LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., et al.,<br><br>    Defendants. | Case No. 3:23-cv-00057-WHO<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME AND RESETTING DATES**<br><br>Re: Dkt. No. 36 |

Pursuant to the parties' Stipulation, and good cause appearing, Plaintiff B.S.D. Crown, Ltd. shall have until and including April 10, 2023 to file and serve its response to Defendants' motion to dismiss.

Pursuant to the parties' Stipulation, and good cause appearing, Defendants Amazon.com, Inc., Amazon Web Services, Inc., and Twitch Interactive, Inc. shall have until and including April 24, 2023 to file and serve their reply in support of Defendants' motion to dismiss.

The hearing on Defendants' motion to dismiss shall be moved from April 26, 2023 to May 17, 2023.

The Case Management Conference shall also be set for May 17, 2023.  A Case Management Statement shall be filed by May 10, 2023.

**IT IS SO ORDERED.**

Dated: March 30, 2023



William H. Orrick
United States District Judge