1  Francisco A. Villegas (Bar No. 206997)
   fvillegas@atllp.com
2  Mark W. Halderman (Admitted *Pro Hac Vice*)
   mhalderman@atllp.com
3  Kyle G. Gottuso (Admitted *Pro Hac Vice*)
   kgottuso@atllp.com
4  Margaret R. Szewczyk (Admitted *Pro Hac Vice*)
   mszewczyk@atllp.com
5  Wenkai Tzeng (*Pro Hac Vice* forthcoming)
   wtzeng@atllp.com
6  Charlie M. Jonas (Admitted *Pro Hac Vice*)
   cjonas@atllp.com
7  ARMSTRONG TEASDALE LLP
   New York, NY 10036
8  Telephone:     (212) 209-4400
   Facsimile:     (314) 621-5065
9

10  John V. Picone III, Bar No. 187226
    jpicone@hopkinscarley.com
    Robert K. Jain, Bar No. 309728
11  rjain@hopkinscarley.com
    HOPKINS & CARLEY
12  A Law Corporation
    The Letitia Building
13  70 South First Street
    San Jose, CA  95113-2406
14  Telephone:     (408) 286-9800
    Facsimile:     (408) 998-4790
15

16  Attorneys for Plaintiff
    B.S.D. CROWN, LTD.
17

18                              UNITED STATES DISTRICT COURT

19                            NORTHERN DISTRICT OF CALIFORNIA

20                                    SAN FRANCISCO DIVISION

21  | BSD CROWN, LTD.,                              | CASE NO.  3:23-cv-00057-WHO            |
    |------------------------------------------------|----------------------------------------|
22  |             Plaintiff,                         | **NOTICE OF WITHDRAW OF MARK.**        |
    |                                                | **HALDERMAN AS COUNSEL FOR**           |
23  | v.                                             | **PLAINTIFF**                          |
24  | AMAZON.COM, INC., AMAZON WEB                   |                                        |
    | SERVICES, INC., and TWITCH                     |                                        |
25  | INTERACTIVE, INC.,                             |                                        |
26  |             Defendants.                        |                                        |

27

28

NOTICE OF WITHDRAWAL OF MARK W. HALDERMAN                                          3:23-CV-00057-WHO

1  PLEASE TAKE NOTICE that Mark W. Halderman is no longer associated with the law

2 firm of Armstrong Teasdale, LLP and hereby withdraws his appearance as counsel for Plaintiff

3 BSD Crown, Ltd. ("BSD Crown") pursuant to Civil Local Rule 11-5.

4  Armstrong Teasdale LLP remains counsel of record for Plaintiff BSD Crown and does not

5 anticipate that Mr. Halderman's withdrawal will cause any prejudice or delay in this case.

6

7 Dated: June 16, 2023    Respectfully submitted,

8

9    By: /s/   Charlie M. Jonas

10   Francisco A. Villegas (Bar No. 206997)
   Wenkai Tzeng (*pro hac vice* forthcoming)
11   ARMSTRONG TEASDALE LLP
   7 Times Square, 44 Fl.
12   New York, NY 10036
   Telephone: (212) 209-4400
13   Facsimile: (314) 621-5065
   fvillegas@atllp.com
14   wtzeng@atllp.com

15   Kyle G. Gottuso (*pro hac vice*)
   Margaret R. Szewczyk (*pro hac vice)*
16   Charlie M. Jonas (*pro hac vice*)
   ARMSTRONG TEASDALE LLP
17   7700 Forsyth Blvd., Suite 1800
   St. Louis, MO 63105
18   Telephone: (314) 621-5070c
   kgottuso@atllp.com
19   mszewczyk@atllp.com
   cjonas@atllp.com
20
   Mark W. Halderman (*pro hac vice*)
21   ARMSTRONG TEASDALE LLP
   2005 Market Street, 29 Fl.
22   Philadelphia, PA 19103
   Telephone: (267) 780-2000
23   mhalderman@atllp.com

24   John V. Picone III, Bar No. 187226
   jpicone@hopkinscarley.com
25   Robert K. Jain, Bar No. 309728
   rjain@hopkinscarley.com
26   HOPKINS & CARLEY
   A Law Corporation
27   The Letitia Building
   70 South First Street
28   San Jose, CA  95113-2406

- 3 -

Telephone: (408) 286-9800

*Attorneys for Plaintiff
BSD Crown, Ltd.*