FRANCISCO A. VILLEGAS (Bar No. 206997)
fvillegas@atllp.com
MARGARET R. SZEWCZYK (*pro hac vice*)
mszewczyk@atllp.com
CHARLIE M. JONAS (*pro hac vice*)
cjonas@atllp.com
ARMSTRONG TEASDALE LLP
7 Times Square, 44 Floor
New York, NY 10036
Telephone: (212) 209-4400
Facsimile: (314) 621-5065

JOHN V. PICONE III (Bar No. 187226)
jpicone@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA 95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone: (408) 286-9800
Facsimile: (408) 998-4790

Attorneys for Plaintiff
BSD CROWN, LTD.

STEFANI E. SHANBERG (Bar No. 206717)
sshanberg@perkinscoie.com
NATHAN B. SABRI (Bar No. 252216)
nsabri@perkinscoie.com
ROBIN L. BREWER (Bar No. 253686)
rbrewer@perkinscoie.com
KARL M. JOHNSTON (Bar No. 327446)
kjohnston@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: (415) 344-7000
Facsimile:  (415) 344-7050

Attorneys for Defendants
AMAZON.COM, INC., AMAZON WEB
SERVICES, INC., AND TWITCH
INTERACTIVE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BSD CROWN, LTD.,<br><br>    Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC., AMAZON WEB SERVICES, INC., AND TWITCH INTERACTIVE, INC.,<br><br>    Defendants. | Case No. 3:23-CV-00057-WHO<br><br>STIPULATION SETTING TIME TO FILE RESPONSIVE PLEADING (L.R. 6-1) |

1     WHEREAS, on January 5, 2023, Plaintiff BSD Crown, LTD ("BSD") filed a complaint for
2  patent infringement in the above-captioned action against defendants Amazon.com, Inc., Amazon
3  Web Services, Inc. ("AWS") and Twitch Interactive, Inc. ("Twitch") (collectively, "Defendants")
4  (Dkt. 1);

5     WHEREAS, on March 20, 2023, Defendants moved to dismiss BSD's claims of willful
6  infringement against all Defendants (Dkt. 32);

7     WHEREAS, on July 27, 2023, the Court issued its Order on Defendants' Motion to Dismiss,
8  which dismissed BSD's allegations of willful infringement against AWS and Twitch, but denied
9  the Motion as to Amazon.com, Inc. (Dkt. 51);

10    WHEREAS, pursuant to the Order on the Motion to Dismiss, BSD may file an amended
11 complaint on or before August 16, 2023 (Dkt. 51);

12    WHEREAS, under Federal Rule of Civil Procedure 12(a), Defendants' deadline to answer
13 the original complaint is August 10, 2023;

14    WHEREAS, if BSD files an amended complaint in accordance with the Court's order,
15 Defendants' deadline to response to the amended complaint under Federal Rule of Civil Procedure
16 15(a) would be August 30, 2023;

17    WHEREAS, to conserve party and court resources, the parties agree that Defendants'
18 deadline to respond to the operative complaint in the above-captioned action shall be August 30,
19 2023;

20    WHEREAS, Local Rule 6-1 states that "[p]arties may stipulate in writing, without a Court
21 order, to extend the time within which to answer or otherwise respond to the complaint, or to enlarge
22 or shorten the time in matters not required to be filed or lodged with the Court, provided the change
23 will not alter the date of any event or any deadline already fixed by Court order. Such stipulations
24 shall be promptly filed pursuant to Civil L.R. 5.";

25    WHEREAS, this stipulation will not alter the date of any event or any deadline already fixed
26 by Court order.

27    NOW, THEREFORE, by and through their respective counsel of record, the parties hereby
28 stipulate and agree that Defendants' responses to BSD's operative complaint shall be due on

-2-

1  August 30, 2023.

3      IT IS SO STIPULATED.

4  Dated: August 8, 2023

6  By: */s/ Kyle G. Gottuso*                    By: */s/ Robin L. Brewer*
7  Kyle G. Gottuso                                   Robin L. Brewer
   ARMSTRONG TEASDALE LLP            PERKINS COIE LLP

8  *Counsel for Plaintiff*                       *Counsel for Defendants*
9  BSD CROWN, LTD.                      AMAZON.COM, INC., AMAZON WEB
                                                     SERVICES, INC., AND TWITCH
                                                     INTERACTIVE, INC.

-3-

**FILER'S ATTESTATION**

I, Robin L. Brewer, pursuant to Civil Local Rule 5-1(h), attest that all other signatories listed, and on whose behalf the filing is submitted, have concurred in the filing of the document.

Dated:  August 8, 2023                        By: */s/ Robin L. Brewer*
                                                  Robin L. Brewer