| | |
|---|---|
| FRANCISCO A. VILLEGAS (Bar No. 206997) | STEFANI E. SHANBERG (Bar No. 206717) |
| fvillegas@atllp.com | sshanberg@perkinscoie.com |
| KYLE G. GOTTUSO (*pro hac vice*) | NATHAN B. SABRI (Bar No. 252216) |
| kgottuso@atllp.com | nsabri@perkinscoie.com |
| MARGARET R. SZEWCZYK (*pro hac vice*) | ROBIN L. BREWER (Bar No. 253686) |
| mszewczyk@atllp.com | rbrewer@perkinscoie.com |
| WENKAI TZENG (*pro hac vice*) | MATHIEU A. SWIDERSKI (Bar No. 330333) |
| wtzeng@atllp.com | mswiderski@perkinscoie.com |
| CHARLIE M. JONAS (*pro hac vice*) | KARL M. JOHNSTON (Bar No. 327446) |
| cjonas@atllp.com | kjohnston@perkinscoie.com |
| ARMSTRONG TEASDALE LLP | PERKINS COIE LLP |
| 7 Times Square, 44 Fl. | 505 Howard Street, Suite 1000 |
| New York, New York 10036 | San Francisco, California 94105 |
| Telephone: (212) 209-4400 | Telephone:    (415) 344-7000 |
| Facsimile: (314) 621-5065 | Facsimile:    (415) 344-7050 |

JOHN V. PICONE III (Bar No. 187226)
jpicone@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, California 95113-2406

*Attorneys for Defendants*
AMAZON.COM, INC.,
AMAZON WEB SERVICES, INC., AND
TWITCH INTERACTIVE, INC.

*Attorneys For Plaintiff*
B.S.D. CROWN, LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| B.S.D. CROWN, LTD., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., AMAZON WEB SERVICES, INC., AND TWITCH INTERACTIVE, INC., <br><br> Defendants. | Case No. 3:23-CV-00057-WHO <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO MOTION TO CERTIFY FOR INTERLOCUTORY APPEAL** |

Plaintiff BSD Crown, Ltd. ("Plaintiff") and Defendants Amazon.com, Inc., Amazon Web Services, Inc., and Twitch Interactive, Inc. ("Defendants") (collectively, "the Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Defendants filed a Motion to Certify for Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) on August 24, 2023;

WHEREAS, Plaintiff's opposition to the Motion to Certify for Interlocutory Appeal is currently due on September 7, 2023;

WHEREAS, Plaintiff now seeks a seven day extension of time for its opposition, which Defendants have agreed to;

WHEREAS, this is Plaintiff's first request to extend the time to oppose Defendants' Motion to Certify for Interlocutory Appeal;

WHEREAS, with this extension, Plaintiff's opposition brief would be due on September 14, 2023;

WHEREAS, Defendants also seek a seven day extension of time to file their reply, which Plaintiff has agreed to;

WHEREAS, with this extension, Defendants' reply would be due on September 28, 2023;

WHEREAS, the Parties have agreed to the respective requested extensions;

WHEREAS, in view of the agreed upon extensions for the opposition and reply briefs, the parties have stipulated and agreed to extend the hearing date from October 4, 2023, to October 18, 2023, pending the Court's availability;

WHEREAS, this Stipulated Request will not alter the date of any other event or any other deadline already fixed by Court order.

NOW, THEREFORE, it is hereby stipulated and agreed that pursuant to Civil L.R. 6-1 and 7-12:

Plaintiff shall have until and including September 14, 2023 to file and serve its Opposition to Plaintiffs' Motion to Certify for Interlocutory Appeal.

Defendants shall have until and including September 28, 2023 to file and serve their Reply to Plaintiffs' Motion to Certify for Interlocutory Appeal.

1 The hearing on Defendants' Motion to Certify for Interlocutory Appeal will be October
2 18, 2023, pending the Court's availability.

4 In accordance with Local Rule 5-4.3.4(a)(2)(i), Plaintiff's undersigned counsel, Francisco
5 A. Villegas, hereby attests that counsel for Defendants, Robin L. Brewer, concurs in the content
6 and has authorized the filing of this Stipulation.

Executed on: September 1, 2023        **ARMSTRONG TEASDALE LLP**

By: */s/ Francisco A. Villegas*
    Francisco A. Villegas

*Attorneys for Plaintiff*
BSD CROWN, LTD.

Executed on: September 1, 2023        **PERKINS COIE LLP**

By: */s/ Robin L. Brewer*
    Robin L. Brewer

*Attorneys for Defendants*
AMAZON.COM, INC.,
AMAZON WEB SERVICES, INC.,
TWITCH INTERACTIVE, INC.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____        _____
                                    HONORABLE WILLIAM H. ORRICK
                                    UNITED STATES DISTRICT JUDGE