1   FRANCISCO A. VILLEGAS (Bar No. 206997)   STEFANI E. SHANBERG (Bar No. 206717)
    fvillegas@atllp.com                       sshanberg@perkinscoie.com
2   KYLE G. GOTTUSO (*pro hac vice*)          NATHAN B. SABRI (Bar No. 252216)
    kgottuso@atllp.com                        nsabri@perkinscoie.com
3   MARGARET R. SZEWCZYK (*pro hac vice*)     ROBIN L. BREWER (Bar No. 253686)
    mszewczyk@atllp.com                       rbrewer@perkinscoie.com
4   WENKAI TZENG (*pro hac vice*)             MATHIEU A. SWIDERSKI (Bar No. 330333)
    wtzeng@atllp.com                          mswiderski@perkinscoie.com
5   CHARLIE M. JONAS (*pro hac vice*)         KARL M. JOHNSTON (Bar No. 327446)
    cjonas@atllp.com                          kjohnston@perkinscoie.com
6   ARMSTRONG TEASDALE LLP                    PERKINS COIE LLP
    7 Times Square, 44 Fl.                    505 Howard Street, Suite 1000
7   New York, New York 10036                  San Francisco, California 94105
    Telephone: (212) 209-4400                 Telephone:    (415) 344-7000
8   Facsimile: (314) 621-5065                 Facsimile:    (415) 344-7050

9   JOHN V. PICONE III (Bar No. 187226)
    jpicone@hopkinscarley.com                 *Attorneys for Defendants*
10  HOPKINS & CARLEY                          AMAZON.COM, INC.,
    A Law Corporation                         AMAZON WEB SERVICES, INC., AND
11  The Letitia Building                      TWITCH INTERACTIVE, INC.
    70 S First Street
12  San Jose, California 95113-2406

13  *Attorneys For Plaintiff*
    B.S.D. CROWN, LTD.

14

15                  **UNITED STATES DISTRICT COURT**

16                 **NORTHERN DISTRICT OF CALIFORNIA**

17                      **SAN FRANCISCO DIVISION**

18

19  B.S.D. CROWN, LTD.,                       Case No. 3:23-CV-00057-WHO

20          Plaintiff,                        **JOINT STIPULATION AND
                                              ORDER TO EXTEND TIME TO
21      v.                                    RESPOND TO MOTION TO
                                              CERTIFY FOR INTERLOCUTORY
22  AMAZON.COM, INC.,                         APPEAL**
    AMAZON WEB SERVICES, INC., AND
23  TWITCH INTERACTIVE, INC.,

24          Defendants.

25

26

27

28

1       Plaintiff BSD Crown, Ltd. ("Plaintiff") and Defendants Amazon.com, Inc., Amazon Web

2 Services, Inc., and Twitch Interactive, Inc. ("Defendants") (collectively, "the Parties"), by and

3 through their respective counsel, hereby stipulate as follows:

4       WHEREAS, Defendants filed a Motion to Certify for Interlocutory Appeal Pursuant to 28

5 U.S.C. § 1292(b) on August 24, 2023;

6       WHEREAS, Plaintiff's opposition to the Motion to Certify for Interlocutory Appeal is

7 currently due on September 7, 2023;

8       WHEREAS, Plaintiff now seeks a seven day extension of time for its opposition, which

9 Defendants have agreed to;

10       WHEREAS, this is Plaintiff's first request to extend the time to oppose Defendants'

11 Motion to Certify for Interlocutory Appeal;

12       WHEREAS, with this extension, Plaintiff's opposition brief would be due on September

13 14, 2023;

14       WHEREAS, Defendants also seek a seven day extension of time to file their reply, which

15 Plaintiff has agreed to;

16       WHEREAS, with this extension, Defendants' reply would be due on September 28, 2023;

17       WHEREAS, the Parties have agreed to the respective requested extensions;

18       WHEREAS, in view of the agreed upon extensions for the opposition and reply briefs, the

19 parties have stipulated and agreed to extend the hearing date from October 4, 2023, to October 18,

20 2023, pending the Court's availability;

21       WHEREAS, this Stipulated Request will not alter the date of any other event or any other

22 deadline already fixed by Court order.

23       NOW, THEREFORE, it is hereby stipulated and agreed that pursuant to Civil L.R. 6-1

24 and 7-12:

25       Plaintiff shall have until and including September 14, 2023 to file and serve its Opposition

26 to Plaintiffs' Motion to Certify for Interlocutory Appeal.

27       Defendants shall have until and including September 28, 2023 to file and serve their Reply

28 to Plaintiffs' Motion to Certify for Interlocutory Appeal.

JOINT STIPULATION
3:23-CV-00057-WHO

1    The hearing on Defendants' Motion to Certify for Interlocutory Appeal will be October

2  18, 2023, pending the Court's availability.

3

4    In accordance with Local Rule 5-4.3.4(a)(2)(i), Plaintiff's undersigned counsel, Francisco

5  A. Villegas, hereby attests that counsel for Defendants, Robin L. Brewer, concurs in the content

6  and has authorized the filing of this Stipulation.

7

8

9  Executed on: September 1, 2023              **ARMSTRONG TEASDALE LLP**

10

11                                            By:*/s/ Francisco A. Villegas*
                                                  Francisco A. Villegas

12                                            *Attorneys for Plaintiff*
                                              BSD CROWN, LTD.

13

14

15  Executed on: September 1, 2023             **PERKINS COIE LLP**

16

17                                            By:*/s/ Robin L. Brewer*
                                                  Robin L. Brewer

18                                            *Attorneys for Defendants*
                                              AMAZON.COM, INC.,

19                                            AMAZON WEB SERVICES, INC.,
                                              TWITCH INTERACTIVE, INC.

20

21

22

23

24

25

26

27

28

-2-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ___September 5, 2023___      _____

HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

3:23-CV-00057-WHO
PROPOSED ORDER