UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** January 24, 2024 | **Time:** 25 minutes<br>1:56 p.m. to 2:21 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 23-cv-00057-WHO | **Case Name:** BSD Crown, Ltd. v. Amazon.com, Inc. | |

**Attorney for Plaintiff:**   Francisco A. Villegas
**Attorney for Defendant:**   Stefani E. Shanberg, Tara Kurtis, and Nathaniel B. Sabri

**Deputy Clerk:** Jean Davis                **Court Reporter:** Jennifer Coulthard

PROCEEDINGS

Hearing on motion for judgment on the pleadings conducted via videoconference. Argument of counsel heard. The slides utilized in defendant's argument will be provided to the Court and opposing counsel. Motion taken under submission; written order to follow.