| | |
|---|---|
| FRANCISCO A. VILLEGAS (Bar No. 206997) | STEFANI E. SHANBERG (Bar No. 206717) |
| fvillegas@villegascefo.com | sshanberg@perkinscoie.com |
| DAMIR CEFO (*pro hac vice*) | NATHAN B. SABRI (Bar No. 252216) |
| dcefo@villegascefo.com | nsabri@perkinscoie.com |
| MARK W. HALDERMAN (*pro hac vice*) | ROBIN L. BREWER (Bar No. 253686) |
| mhalderman@villegascefo.com | rbrewer@perkinscoie.com |
| ROGER THOMPSON (*pro hac vice*) | KARL M. JOHNSTON (Bar No. 327446) |
| rthompson@villegascefo.com | kjohnston@perkinscoie.com |
| VILLEGAS & CEFO LLP | PERKINS COIE LLP |
| 1350 Avenue of the Americas, 2nd Floor | 505 Howard Street, Suite 1000 |
| New York, NY 10019 | San Francisco, California 94105 |
| Telephone: (646) 844-1071 | Telephone: (415) 344-7000 |
| | Facsimile: (415) 344-7050 |

KYLE G. GOTTUSO (*pro hac vice*)
kgottuso@atllp.com
CHARLIE M. JONAS (*pro hac vice*)
cjonas@atllp.com
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Ste. 1800
St. Louis, MO 63105
Telephone: (314) 621-5070

*Attorneys for Defendants*
AMAZON.COM, INC.,
AMAZON WEB SERVICES, INC., AND
TWITCH INTERACTIVE, INC.,

*Attorneys for Plaintiff*
*BSD CROWN, LTD.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BSD CROWN, LTD., | CASE NO. 3:23-cv-00057-WHO |
| Plaintiff, | **JOINT STIPULATION AND PROPOSED ORDER REGARDING ADR DEADLINE** |
| v. | |
| AMAZON.COM, INC., AMAZON WEB SERVICES, INC., and TWITCH INTERACTIVE, INC., | |
| Defendants. | |

1 | Plaintiff BSD Crown, Ltd. ("BSD") and Defendants Amazon.com, Inc., Amazon Web Services, Inc., and Twitch Interactive, Inc. (collectively, "Defendants") hereby move the Court to extend the April 13, 2024 deadline set forth in the parties' Stipulation and [Proposed] Order Selecting ADR Process (Dkt. No. 35). The parties both engaged in a Local Patent Rule 3-10 Damages Contentions Meeting on March 19, 2024. At this time, the parties do not believe an ADR meeting will be productive, and respectfully request that the Court set a new date at the next case management conference. This request will not alter the date of any other event or deadline already fixed by Court order.

Dated: March 29, 2024

By: */s/ Francisco A. Villegas*
Francisco A. Villegas (Bar No. 206997)
Mark W. Halderman (*pro hac vice*)
Damir Cefo (*pro hac vice*)
VILLEGAS & CEFO LLP
1350 Avenue of the Americas, Floor 2
New York, NY 10019
Telephone: (646) 844-1071
fvillegas@villegascefo.com
mhalderman@villegascefo.com
dcefo@villegascefo.com

Kyle G. Gottuso (*pro hac vice*)
Charlie M. Jonas (*pro hac vice*)
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, MO 63105
Telephone: (314) 621-5070
kgottuso@atllp.com
cjonas@atllp.com

*Attorneys for Plaintiff
BSD Crown, Ltd.*

- 1 -

JOINT STIPULATION AND PROPOSED ORDER                                             3:23-CV-00057-WHO

| | | |
|---|---|---|
| 1 | Dated: March 29, 2024 | **PERKINS COIE LLP** |
| 2 | | |
| 3 | | By:*/s/ Robin L. Brewer* |
| 4 | | Robin L. Brewer |
| 5 | | *Attorneys for Defendants*<br>AMAZON.COM, INC., |
| 6 | | AMAZON WEB SERVICES, INC.,<br>TWITCH INTERACTIVE, INC. |

## ATTESTATION CLAUSE

I, Francisco A. Villegas, am the ECF user whose credentials were used in this filing. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have consented to the filing of this document.

Dated: March 29, 2024                         By:*/s/ Francisco A. Villegas*
                                                                Francisco A. Villegas

- 2 -

## [PROPOSED] ORDER

**IT IS ORDERED** that the deadline set forth in the parties' Stipulation and [Proposed] Order Selecting ADR Process (Dkt No. 35) is moved and will be set at the next case management conference.

Dated:

Hon. William H. Orrick
U.S. District Judge