UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** November 26, 2024 | **Time:** 8 minutes<br>1:56 p.m. to 2:04 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 23-cv-00057-WHO | **Case Name:** BSD Crown, Ltd. v. Amazon.com, Inc. | |

**Attorneys for Plaintiff:** Francisco Villegas
**Attorneys for Defendant:** Nathan Sabri

**Deputy Clerk:** Jean Davis              **Court Reporter:** Ana Dub

PROCEEDINGS

Case Management Conference conducted via videoconference. Issues related to possible spoliation of evidence during the course of the stay discussed. Counsel are directed to meet and confer regarding this issue. If input of the Court is necessary to resolve the issue, counsel may file a joint discovery dispute letter or motion for consideration.

**Further Case Management Conference set for April 1, 2025 at 2:00 p.m.** Joint case management statement due March 25, 2025.