| | |
|---|---|
| Francisco A. Villegas (Bar No. 206997)<br>fvillegas@villegascefo.com<br>Damir Cefo (*pro hac vice*)<br>dcefo@villegascefo.com<br>Mark W. Halderman (*pro hac vice*)<br>mhalderman@villegascefo.com<br>Evan M. Rosenbaum (Bar No. 310414)<br>erosenbaum@villegascefo.com<br>VILLEGAS & CEFO LLP<br>1350 Avenue of the Americas, 2nd Floor<br>New York, NY 10019<br>Telephone:    (646) 844-1071<br><br>Kyle G. Gottuso (*pro hac vice*)<br>kgottuso@atllp.com<br>ARMSTRONG TEASDALE LLP<br>7700 Forsyth Blvd., Suite 1800<br>St. Louis, MO 63105<br>Telephone:    (314) 621-5070<br><br>Attorneys For Plaintiff<br>B.S.D. CROWN, LTD. | STEFANI E. SHANBERG (Bar No. 206717)<br>sshanberg@perkinscoie.com<br>NATHAN B. SABRI (Bar No. 252216)<br>nsabri@perkinscoie.com<br>ROBIN L. BREWER (Bar No. 253686)<br>rbrewer@perkinscoie.com<br>MATHIEU A. SWIDERSKI (Bar No. 330333)<br>mathieuswiderski@perkinscoie.com<br>KARL M. JOHNSTON (Bar No. 327446)<br>kjohnston@perkinscoie.com<br>PERKINS COIE LLP<br>505 Howard Street, Suite 1000<br>San Francisco, California 94105-3204<br>Telephone: (415) 344-7000<br>Facsimile:  (415) 344-7050<br><br>Attorneys for Defendants<br>AMAZON.COM, INC.,<br>AMAZON WEB SERVICES, INC. and<br>AMAZON.COM SERVICES LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BSD CROWN, LTD.,<br><br>           Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., AMAZON WEB SERVICES, INC., and TWITCH INTERACTIVE, INC.,<br><br>           Defendants. | Case No.  3:23-cv-00057-WHO<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:       April 1, 2025<br>Time:       2:00 p.m.<br>Location: Zoom Videoconference<br>Judge:     Hon. William H. Orrick |

The Parties submit this joint case management statement as directed by the Court's November 26, 2024 Order. The parties incorporate by reference their previous Joint Case Management Statement (ECF Nos. 118 and 121) and submit this Further Statement to update the Court as to the status of Amazon's Request for *Ex Parte* Reexamination ("EPR"). The parties agree that this case should remain stayed at this time.

### I.     Prior Reexamination

This case was originally stayed on March 29, 2024, pending the resolution of an *Ex Parte* Reexamination of U.S. Patent No. 6,389,473 (the "'473 patent") filed by Third Party Unified Patents. ECF No. 109. On August 5, 2024, the USPTO issued a reexamination certificate confirming the patentability of each challenged claim in view of the asserted prior art references.

### II.    Current Reexamination

On August 15, 2024, Defendant Amazon.com, Inc. filed a Request for EPR of the '473 patent directed to BSD's asserted claims 1-2, 8-14, 21, and 23-24 in this litigation ("Asserted Claims"). On November 8, 2024, the USPTO issued an order granting Amazon's Request. On February 24, 2025, the USPTO issued a First Office Action rejecting all the Asserted Claims. BSD's response to the First Office Action is due on April 24, 2025.

### III.   Preservation of Third-Party Evidence

On February 11, 2025, BSD filed a motion for an Order for Preservation (ECF No. 123) of certain third-party evidence. An opposition and reply followed (ECF Nos. 124 and 125). A hearing is scheduled for March 26, 2025.

Respectfully submitted,

Dated: March 25, 2025

By: */s/ Francisco Villegas*

Francisco A. Villegas (Bar No. 206997)
Damir Cefo (*pro hac vice*)
Mark W. Halderman (*pro hac vice*)
Evan M. Rosenbaum (Bar No. 310414)
fvillegas@villegascefo.com
dcefo@villegascefo.com
mhalderman@villegascefo.com

erosenbaum@villegascefo.com
VILLEGAS & CEFO LLP
1350 Avenue of the Americas, 2nd Floor
New York, NY 10019
Telephone:     (646) 844-1071

Kyle G. Gottuso (*pro hac vice*)
ARMSTRONG TEASDALE LLP
d7700 Forsyth Blvd., Suite 1800
St. Louis, MO 63105
Telephone: (314) 621-5070
kgottuso@atllp.com

*Attorneys for Plaintiff*
*BSD Crown, Ltd.*


By: */s/ Nathan B. Sabri*

Stefani E. Shanberg (Bar No. 206717)
sshanberg@perkinscoie.com
Nathan B. Sabri (Bar No. 252216)
nsabri@perkinscoie.com
Robin L. Brewer (Bar No. 253686)
rbrewer@perkinscoie.com
Mathieu A. Swiderski (Bar No. 330333)
mathieuswiderski@perkinscoie.com
Karl M. Johnston (Bar No. 327446)
kjohnston@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105-3204
Telephone: (415) 344-7000

*Attorneys for Defendants*
*Amazon.com, Inc.,*
*Amazon Web Services, Inc., and*
*Amazon.com Services LLC*

## ATTESTATION CLAUSE

I, Francisco Villegas, am the ECF user whose credentials were used in this filing. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have consented to the filing of this document.

Dated: March 25, 2025                              By: */s/ Francisco A. Villegas*