| | |
|---|---|
| Francisco A. Villegas (Bar No. 206997) | Nathan B. Sabri (Bar No. 252216) |
| fvillegas@villegascefo.com | nsabri@perkinscoie.com |
| Damir Cefo *(pro hac vice)* | Robin L. Brewer (Bar No. 253686) |
| dcefo@villegascefo.com | rbrewer@perkinscoie.com |
| Mark W. Halderman *(pro hac vice)* | Mathieu Swiderski (Bar No. 330333) |
| mhalderman@villegascefo.com | mathieuswiderski@perkinscoie.com |
| Evan M. Rosenbaum (Bar No. 310414) | PERKINS COIE LLP |
| erosenbaum@villegascefo.com | 505 Howard Street, Suite 1000 |
| VILLEGAS & CEFO, LLP | San Francisco, CA 94105 |
| 1350 Avenue of the Americas, Floor 2 | Telephone: (415) 344-7000 |
| New York, NY 10019 | |
| Telephone (646) 844-0679 | Attorneys for Defendants |
| | AMAZON.COM, INC., |
| John V. Picone, III (Bar No. 187226) | AMAZON WEB SERVICES, INC. and |
| jpicone@spencerfane.com | TWITCH INTERACTIVE, INC. |
| SPENCER FANE LLP | |
| 225 West Santa Clara Street, Suite 1500 | |
| San Jose, CA 95113 | |
| Telephone (408) 286-5100 | |

Attorneys for Plaintiff
B.S.D. CROWN, LTD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| B.S.D. CROWN, LTD., | Case No. 3:23-cv-00057-WHO |
| Plaintiff, | **JOINT MOTION TO LIFT STAY** |
| v. | |
| AMAZON.COM, INC., AMAZON WEB SERVICES, INC., and TWITCH INTERACTIVE, INC. | |
| Defendant. | |

Plaintiff B.S.D. Crown, Ltd. ("BSD" or "Plaintiff") and Defendants Amazon.com, Inc., Amazon Web Services, Inc., and Twitch Interactive, Inc. ("Amazon" or "Defendants") jointly move for an order lifting the March 29, 2024, stay pending *ex parte* reexamination (Dkt. No. 109, the "Order") and setting a case management conference. A proposed Order is attached.

On March 29, 2024, the Court, at Defendants' request, stayed this patent infringement action pending the results of a third-party *ex parte* reexamination concerning

half[1] of the asserted claims of U.S. Patent No. 6,389,473 (the "'473 Patent") (Reexamination No. 90/015,291). The Court's Order stayed the case "pending conclusion of the USPTO reexamination process." Dkt No. 109 at 1.

On July 2, 2024, the USPTO concluded the reexamination by confirming the patentability of all of the challenged claims.

Although Plaintiff sought to lift the stay based on the reexamination decision, the Court declined the request as Defendants had expressed an intent to file their own request seeking *ex parte* reexamination of the '473 patent. Dkt No. 116.

On August 15, 2024, Defendants filed their request for *ex parte* reexamination (Reexamination No. 90/019,622), which was subsequently ordered and resulted in a February 24, 2025, Office Action rejecting all challenged claims (1, 2, 8-14, 21, 23, and 24) of the '473 patent. On May 27, 2025, Plaintiff filed its Response to the Office Action. Finally, on June 27, 2025, the USPTO issued a Notice of Intent to Issue Ex Parte Reexamination Certificate confirming all challenged claims and terminating Defendants' reexamination. *See* attached Exhibit 1.

Plaintiff and Defendants hereby jointly submit that because the reexamination process has concluded, a stay is no longer justified and the Order (Dkt No. 109), by its terms, should be lifted.

---

[1] Only Asserted Claims 1, 2, 13, 21, and 24 were subject to reexamination. The remaining Asserted Claims 8, 9, 10, 11, 12, and 14 were unchallenged.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: July 3, 2025 | VILLEGAS & CEFO LLP |

Dated: July 3, 2025                VILLEGAS & CEFO LLP

By:  /s/ *Francisco Villegas*
      Francisco A. Villegas

Francisco A. Villegas
Damir Cefo
Mark W. Halderman
Evan M. Rosenbaum

Attorneys for Plaintiff
BSD CROWN, LTD.

Dated: July 3, 2025                PERKINS COIE LLP

By:  /s/ *Nathan Sabri*
      Nathan B. Sabri

Nathan B. Sabri
Robin L. Brewer
Mathieu A. Swiderski

Attorneys for Defendants
AMAZON.COM, INC., AMAZON WEB SERVICES, INC., TWITCH INTERACTIVE, INC.