# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** August 26, 2025 | **Time:** 9 minutes<br>2:39 p.m. to 2:48 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 23-cv-00057-WHO | **Case Name:** BSD Crown, Ltd. v. Amazon.com, Inc. | |

**Attorney for Plaintiff:**    Francisco A. Villegas
**Attorneys for Defendant:**    Nathaniel B. Sabri and Robin L. Brewer

**Deputy Clerk:** Jean Davis                                    **Court Reporter:** Electronic Recording

## PROCEEDINGS

Case Management Conference conducted via videoconference. The Court encourages counsel to review with their clients the possibility of having the matter managed and tried by a Magistrate Judge steeped in patent law. Counsel should also confer regarding the timing and preferred Magistrate Judge for settlement conference. Counsel shall send an email to the courtroom deputy regarding their decisions in this regard by September 3, 2025. The Court will otherwise refer the case randomly for settlement to a Magistrate Judge and proceed as indicated below.

Counsel request that the discovery motion pending when the matter was transferred be restored to active status. The Court will review it if the parties fail to select a Magistrate Judge to preside over the remainder of the case.

**Further Case Management Conference set for March 3, 2026, at 2:00 p.m.** Joint case management statement due February 24, 2026.

**PRETRIAL SCHEDULE:**

| | |
|---|---|
| **Fact discovery cutoff:** | **February 27, 2026** |
| **Expert disclosure:** | **April 25, 2026** |
| **Expert rebuttal:** | **May 29, 2026** |
| **Expert discovery cutoff:** | **June 26, 2026** |
| **Dispositive Motions heard by:** | **August 7, 2026** |
| **Pretrial Conference:** | **November 9, 2026 at 2:00 p.m.** |
| **Trial:** | **December 7, 2026 at 8:30 a.m. by Jury** |