UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BSD CROWN, LTD.,<br><br>        Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC., et al.,<br><br>        Defendants. | Case No. 23-cv-00057-TSH<br><br>**ORDER GRANTING MOTION FOR ISSUANCE OF LETTER OF REQUEST**<br><br>Re: Dkt. No. 158 |

Defendants Amazon.com, Inc., Amazon Web Services, Inc., and Twitch Interactive, Inc. have filed an unopposed motion for issuance of a Letter of Request for International Judicial Assistance pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters, 28 U.S.C. § 1781, and Federal Rule of Civil Procedure 28. Good cause appearing, the Court **GRANTS** Defendants' request. Defendants shall transmit the signed Letter of Request, which is attached to this Order, to the appropriate authorities in Israel pursuant to the Hague Convention.

**IT IS SO ORDERED.**

Dated: November 7, 2025

THOMAS S. HIXSON
United States Magistrate Judge