Francisco A. Villegas (Bar No. 206997)
fvillegas@villegascefo.com
Damir Cefo (*pro hac vice*)
dcefo@villegascefo.com
Mark W. Halderman (*pro hac vice*)
mhalderman@villegascefo.com
Evan M. Rosenbaum (Bar No. 310414)
erosenbaum@villegascefo.com
VILLEGAS & CEFO, LLP
1350 Avenue of the Americas, Floor 2
New York, NY 10019
Telephone: (646) 844-0679

John V. Picone III (Bar No. 187226)
jpicone@spencerfane.com
SPENCER FANE LLP
225 West Santa Clara Street, Suite 1500
San Jose, CA 95113
Telephone: (408) 286-5100

Attorneys for Plaintiff
BSD CROWN, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BSD CROWN, LTD., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., AMAZON WEB SERVICES, INC., and TWITCH INTERACTIVE, INC., <br><br> Defendants. | Case No. 3:23-cv-00057-TSH <br><br> **PLAINTIFF BSD CROWN, LTD.'S SUPPLEMENTAL CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Yossi Willi Management and Investments Ltd., corporate owner of BSD, with an interest in the subject matter in controversy;

Roni & Itamar Investments Ltd., corporate owner of BSD, with an interest in the subject matter in controversy;

Zvi v & Co., corporate owner of BSD, with an interest in the subject matter in controversy; and

Deminor Legal Investments SARL, with an interest in the subject matter in the controversy.

Dated: January 7, 2026

By: */s/ Francisco A. Villegas*
      Francisco A. Villegas

Francisco A. Villegas
Damir Cefo (*pro hac vice*)
Mark W. Halderman (*pro hac vice*)
Evan M. Rosenbaum
VILLEGAS & CEFO LLP

John V. Picone III
SPENCER FANE LLP
Attorneys for Plaintiff
B.S.D. CROWN, LTD.