UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BSD CROWN, LTD.,<br><br>          Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC., et al.,<br><br>          Defendants. | Case No.  23-cv-00057-TSH<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 167 |

The parties have filed a joint discovery letter brief at ECF No. 167, but they forgot to attach Exhibits 1-12.  The Court orders the parties to file Exhibits 1-12 no later than February 23, 2026.

**IT IS SO ORDERED.**

Dated: February 19, 2026

THOMAS S. HIXSON
United States Magistrate Judge