UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BSD CROWN, LTD., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., et al., <br><br> Defendants. | Case No. 23-cv-00057-TSH <br><br> **AMENDED CASE MANAGEMENT ORDER** |

The close of fact discovery is **EXTENDED** to June 5, 2026. All deadlines after the close of fact discovery are **VACATED**. The Court **ORDERS** the parties to propose dates for the remainder of the case schedule no later than June 12, 2026. The Court **ORDERS** the parties to file a discovery status report every two weeks through the end of fact discovery. The next discovery status report is due March 25, 2026.

ECF Nos. 167 and 173 are terminated.

**IT IS SO ORDERED.**

Dated: March 13, 2026

THOMAS S. HIXSON
United States Magistrate Judge