Francisco A. Villegas (Bar No. 206997)
Damir Cefo (*pro hac vice*)
Mark W. Halderman (*pro hac vice*)
Evan M. Rosenbaum (Bar No. 310414)
fvillegas@villegascefo.com
dcefo@villegascefo.com
mhalderman@villegascefo.com
erosenbaum@villegascefo.com
VILLEGAS & CEFO, LLP
1350 Avenue of the Americas, Floor 2
New York, NY 10019
Telephone: (646) 844-0679

John V. Picone III (Bar No. 187226)
jpicone@spencerfane.com
SPENCER FANE LLP
225 West Santa Clara Street, Suite 1500
San Jose, CA 95113
Telephone: (408) 286-5100

Attorneys For Plaintiff
B.S.D. CROWN, LTD.

NATHAN B. SABRI (Bar No. 252216)
nsabri@perkinscoie.com
ROBIN L. BREWER (Bar No. 253686)
rbrewer@perkinscoie.com
MATHIEU A. SWIDERSKI (Bar No. 330333)
mathieuswiderski@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105-3204
Telephone: (415) 344-7000

Attorneys for Defendants
AMAZON.COM, INC.,
AMAZON WEB SERVICES, INC. and
TWITCH INTERACTIVE, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| B.S.D. CROWN, LTD., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., AMAZON WEB SERVICES, INC. and TWITCH INTERACTIVE, INC., <br><br> Defendants. | Case No. 3:23-cv-00057-TSH <br><br> **STIPULATION REGARDING AUTHENTICITY OF DOCUMENTS; ORDER** |

The parties to the above-entitled action, having met and conferred, and upon determining that good cause exists, hereby stipulate as follows:

All documents produced in this action, whether by a party or non-party, shall be deemed authentic for the purposes of this case only, absent good cause. Good cause would include issues relating to the completeness of the document (e.g., missing or incomplete pages) or any conditions in the actual document or the manner in which it was produced that bring into question whether the document was actually generated by the relevant party or third-party.

This stipulation only concerns authenticity and does not otherwise apply to the establishment of the date of public availability of any document, hearsay, or any other requirement under the Federal Rules of Evidence.

1

STIPULATION RE AUTHENTICITY OF DOCUMENTS                    CASE NO. 3:24-CV-00057-TSH

**IT IS SO STIPULATED**, through Counsel of Record.


Dated: March 27, 2026             /s/ Francisco A. Villegas
                                  Counsel for Plaintiff

                                  VILLEGAS & CEFO LLP
                                  Francisco A. Villegas
                                  Damir Cefo
                                  Mark W. Halderman
                                  Evan M. Rosenbaum

                                  Attorneys for Plaintiff
                                  BSD CROWN, LTD.


Dated: March 27, 2026             /s/ Nathan B. Sabri
                                  Counsel for Defendants

                                  PERKINS COIE LLP
                                  Nathan B. Sabri
                                  Robin L. Brewer
                                  Mathieu A. Swiderski

                                  Attorneys for Defendants
                                  AMAZON.COM, INC., AMAZON WEB
                                  SERVICES, INC., TWITCH INTERACTIVE,
                                  INC.


**IT IS ORDERED** that the foregoing Stipulation is approved.


Dated: March 27, 2026_            _____
                                  Hon. Thomas S. Hixson

2

STIPULATION RE AUTHENTICITY OF DOCUMENTS                CASE NO. 3:24-CV-00057-TSH