UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BSD CROWN, LTD.,

        Plaintiff,

        v.

AMAZON.COM, INC., et al.,

        Defendants.

Case No.  23-cv-00057-TSH

**DISCOVERY ORDER**

Re: Dkt. No. 183

By default, Rule 30 allows each side to take 10 depositions, with each one limited to seven hours.  Fed. R. Civ. Proc. 30(a)(2)(A)(i) & (d)(1).  This assumes a relatively small group of people should be deposed, but that each person might know a lot, as a full seven hours of deposition is a fair amount of time.  Here, BSD requests leave to take a total of 18 depositions, or in the alternative, 85 hours of depositions.  Defendants oppose the request.

BSD has made a persuasive showing that capping the depositions at 10 is not a good fit for this case, but it has not made a persuasive showing that the overall number of deposition hours contemplated by the default provisions of Rule 30 (70 hours) needs to be changed because it sounds like several of the witnesses it wants to depose have pretty discrete areas of relevant knowledge.  Accordingly, for good cause shown, the Court **ORDERS** that BSD may take up to 70 hours of depositions, which it may allocate among no more than 18 depositions.  To keep the playing field level, the Court **ORDERS** that Defendants may do the same.

      **IT IS SO ORDERED.**

Dated: May 12, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California