Francisco A. Villegas (Bar No. 206997)
Damir Cefo (*pro hac vice*)
Mark W. Halderman (*pro hac vice*)
Evan M. Rosenbaum (Bar No. 310414)
fvillegas@villegascefo.com
dcefo@villegascefo.com
mhalderman@villegascefo.com
erosenbaum@villegascefo.com
**VILLEGAS & CEFO, LLP**
1350 Avenue of the Americas, Floor 2
New York, NY 10019
Telephone: (646) 844-0679

John V. Picone III (Bar No. 187226)
jpicone@spencerfane.com
**SPENCER FANE LLP**
225 West Santa Clara Street, Suite 1500
San Jose, CA 95113
Telephone: (408) 286-5100

*Attorneys For Plaintiff*
*B.S.D. CROWN, LTD.*

Robin L. Brewer (Bar No. 253686)
rbrewer@sheppard.com
**SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP**
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: (415) 774-3274

Nathan B. Sabri (Bar No. 252216)
Mathieu A. Swiderski (Bar No. 330333)
nsabri@perkinscoie.com
mathieuswiderski@perkinscoie.com
**PERKINS COIE LLP**
505 Howard Street, Suite 1000
San Francisco, California 94105-3204
Telephone: (415) 344-7000

*Attorneys for Defendants*
*AMAZON.COM, INC.,*
*AMAZON WEB SERVICES, INC. and*
*TWITCH INTERACTIVE, INC.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| B.S.D. CROWN, LTD.,<br><br>        Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC.,<br>AMAZON WEB SERVICES, INC. and<br>TWITCH INTERACTIVE, INC.,<br><br>        Defendants. | Case No. 3:23-cv-00057-TSH<br><br>**STIPULATION REGARDING<br>DEPOSITION OF TZUR DABOOSH** |

The parties to the above-entitled action, having met and conferred, and upon determining that good cause exists, hereby stipulate as follows:

The deposition of Mr. Tzur Daboosh, noticed by Defendants for May 25, 2026 in Israel, shall be postponed until a date and time mutually agreed upon by the parties, subject to Mr. Daboosh's availability, so long as said deposition occurs before expert reports are due. Further subject to Mr. Daboosh's availability, the parties agree that the deposition will occur before the end of June 2026.  The parties further agree that if Mr. Daboosh is available any day between June 2-5 2026, the parties will proceed with his deposition on that date.

This stipulation only concerns the scheduling of Mr. Daboosh's deposition.  The parties agree that neither this Stipulation nor the timing of Mr. Daboosh's deposition shall affect Plaintiff's forthcoming request to extend fact discovery, and this Stipulation shall not be relied upon in connection with that request.

2

**IT IS SO STIPULATED**, through Counsel of Record.

Dated: May 22, 2026

/s/ Francisco A. Villegas
Counsel for Plaintiff

**VILLEGAS & CEFO LLP**
Francisco A. Villegas
Damir Cefo
Mark W. Halderman
Evan M. Rosenbaum

*Attorneys for Plaintiff*
*BSD CROWN, LTD.*

Dated: May 22, 2026

/s/ Robin L. Brewer
Counsel for Defendants

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

*Attorneys for Defendants*
*AMAZON.COM, INC., AMAZON WEB*
*SERVICES, INC., TWITCH INTERACTIVE, INC.*

**IT IS ORDERED** that the foregoing Stipulation is approved.

Dated:   May 22, 2026

Hon. Thomas S. Hixson

STIPULATION RE DEPOSITION OF TZUR DABOOSH                    CASE NO. 3:24-CV-00057-TSH