UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BSD CROWN, LTD.,

        Plaintiff,

    v.

AMAZON.COM, INC., et al.,

        Defendants.

Case No.  23-cv-00057-TSH

**DISCOVERY ORDER**

Re: Dkt. Nos. 204, 205, 206, 208

The parties' filings at ECF Nos. 204, 205, 206 and 208 contain many exhibits, and the Court would find it helpful to have everything in one place.  Accordingly, the Court **ORDERS** the parties to submit hard copies of these items, tabbed, and in binders.  Each tab shall identify the ECF number (e.g., "ECF No. 205-3") of the document behind that tab.  The parties shall lodge the binder or binders with the Clerk's Office no later than June 12, 2026.

    **IT IS SO ORDERED.**

Dated: June 9, 2026

THOMAS S. HIXSON
United States Magistrate Judge