UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BSD CROWN, LTD.,

          Plaintiff,

    v.

AMAZON.COM, INC., et al.,

          Defendants.

Case No.  23-cv-00057-TSH

**ORDER RE CASE SCHEDULE AND DEPOSITIONS**

The fact discovery cutoff is currently July 10, 2026.  ECF No. 201.  In light of yesterday's discovery order, the Court **ORDERS** the parties to meet and confer concerning whether the fact discovery cutoff should be further extended.  Within seven days the parties shall file one of the following:  a notice that no extension is necessary (if all parties think that), a stipulation and proposed order to extend the fact discovery cutoff (if all parties agree there should be an extension and they agree on what it should be), or a joint letter brief not to exceed five pages presenting their competing views.

With respect to depositions, the Court appreciates the parties' status report at ECF No. 208.  The Court **ORDERS** the parties to file a further status report concerning depositions within seven days.  This status report shall identify any disputes concerning depositions that require a Court ruling, and the parties shall brief those disputes in the status report.

    **IT IS SO ORDERED.**

Dated: June 18, 2026

THOMAS S. HIXSON
United States Magistrate Judge