UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BSD CROWN, LTD., | Case No. 3:23-cv-00057-TSH |
| Plaintiff, | |
| v. | |
| AMAZON.COM, INC., AMAZON WEB SERVICES, INC., and TWITCH INTERACTIVE, INC., | **JOINT STATUS REPORT** |
| Defendants. | |

**ATTESTATION OF COMPLIANCE**

Francisco Villegas and Evan Rosenbaum for Plaintiff, and Robin Brewer and Michael DeStefano for Defendants, have met and conferred concerning this Status Report.

By: */s/ Francisco A. Villegas*

Francisco A. Villegas
VILLEGAS & CEFO LLP

*Counsel for Plaintiff*
BSD CROWN, LTD.

By: */s/ Robin Brewer*

Robin Brewer
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

*Counsel for Defendants*
AMAZON.COM, INC., AMAZON WEB SERVICES, INC., and TWITCH INTERACTIVE, INC.

1

Dear Honorable Judge Hixson:

The parties submit this Joint Status Report concerning the Court's June 18, 2026 Order Re: Case Schedule and Deposition (Dkt. No. 214).

**Joint Status Report**

Below outlines the current status of scheduling the remaining depositions, and any outstanding issues. The parties are continuing to meet and confer to finalize the remaining deposition issues.

**BSD Witnesses**:

| Witness | Date | Location | Outstanding Issues |
|---|---|---|---|
| Sharon Carmel | June 30 | Remote and at the law offices of Israeli counsel | |
| Dror Ginzberg | July 2 | Remote and/or at the law offices of Israeli counsel | |
| Naftali Shani | July 7 | Remote and/or at the law offices of Israeli counsel | |
| Tzur Daboosh | July 8 | Remote and at the law offices of Israeli counsel | |
| Ziv Eliraz | July 8 | Remote and/or at the law offices of Israeli counsel | |
| Moshe Dgani | Before July 9 | Remote, at the law offices of Israeli counsel, or in person. | Mr. Dgani is traveling and BSD is determining if he will be available in person in the United States or remotely from Israel. |
| Yossi Williger | July 13 | Remote and/or at the law offices of Israeli counsel | |
| Edan Ayal | July 14 | Remote and/or at the law offices of Israeli counsel | |

**Defendant Witnesses**

| Witness | Date | Location | Outstanding Issues |
|---|---|---|---|
| Tyson Kane | June 26 | Remote | |
| Scott Hayden | June 29 | Remote | |

1

| Tim Prins | June 30 | Remote | |
|---|---|---|---|
| Nicolas Weil | July 2 | Remote | |
| Saurav Sengupta | July 7 | Portland, Oregon (Offices of Defendants' Counsel) | |
| Andrew Francis | July 7 | Remote | |
| Vivek Agarwal | July 9 | Remote | |
| Greg Truax | July 10 | Portland, Oregon (Offices of Defendants' Counsel) | |

**Third Party Witnesses**

| Witness | Date | Location | Outstanding Issues |
|---|---|---|---|
| Yueshi Shen | July 3 | TBD | BSD is still determining the office location of Mr. Shen's deposition. |
| Ivan Marcin | July 9 | Remote | |
| Jenny Qian | July 6 | Remote | |

**Completed Depositions**

| Witness | Date | Party |
|---|---|---|
| Victor Bar | June 15 (Complete) | BSD |
| John Saxton | June 4 (Complete) | AWS |
| Alex Dunlap | June 19 (Complete) | AWS |
| David Bourgoyne | June 25 (Complete) | AWS |
| Lionel Bringuier | June 24 (Complete) | AWS |

**Additional issues:** Defendants requested that BSD withdraw its subpoena as to Jorge Villatoro due to his health. BSD agreed and has provided a subpoena (directed to an alternative former Defendant employee) to a process server. The subpoena has not yet been noticed.

2