Francisco A. Villegas (Bar No. 206997)
Damir Cefo (*pro hac vice*)
Mark W. Halderman (*pro hac vice*)
Evan M. Rosenbaum (Bar No. 310414)
Kristin Whidby (*pro hac vice*)
Ketan V. Patel (*pro hac vice*)
fvillegas@villegascefo.com
dcefo@villegascefo.com
mhalderman@villegascefo.com
erosenbaum@villegascefo.com
kwhidby@villegascefo.com
kpatel@villegascefo.com
VILLEGAS & CEFO, LLP
1350 Avenue of the Americas, Floor 2
New York, NY 10019
Telephone: (646) 844-0679

John V. Picone III (Bar No. 187226)
jpicone@spencerfane.com
SPENCER FANE LLP
225 West Santa Clara Street, Suite 1500
San Jose, CA 95113
Telephone: (408) 286-5100

*Attorneys for Plaintiff B.S.D. Crown, Ltd.*

Robin L. Brewer (Bar No. 253686)
rbrewer@sheppard.com
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: (415) 774-3274

Nathan B. Sabri (Bar No. 252216)
nsabri@perkinscoie.com
Mathieu Swiderski (Bar No. 330333)
mathieuswiderski@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: (415) 344-7000

*Attorneys for Defendants Amazon.com, Inc.
Amazon Web Services, Inc. and Twitch
Interactive, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BSD CROWN, LTD., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., AMAZON WEB SERVICES, INC., and TWITCH INTERACTIVE, INC., <br><br> Defendants. | Case No. 3:23-cv-00057-TSH <br><br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF CLOSE OF FACT DISCOVERY TO JULY 17, 2026** |

The parties to the above-entitled action, having met and conferred in accordance with the Court's Order Regarding Case Schedule and Depositions (Dkt. No. 214), hereby stipulate to extend the close of fact discovery to July 17, 2026. The parties do not anticipate a further extension request is forthcoming.

**IT IS SO STIPULATED**, through Counsel of Record.

By: */s/ Evan M. Rosenbaum*

Francisco A. Villegas (Bar No. 206997)
Damir Cefo (*pro hac vice*)
Mark W. Haldeman (*pro hac vice*)
Evan M. Rosenbaum (Bar No. 310414)
Kristin Whidby (*pro hac vice*)
Ketan V. Patel (*pro hac vice*)
VILLEGAS & CEFO LLP

*Counsel for Plaintiff*
BSD CROWN, LTD.

By: */s/ Robin L. Brewer*

Robin L. Brewer (Bar No. 253686)
Michael J. DeStefano (*pro hac vice*)
Allegra J. Kress (Bar No. 357488)
Nicholas Lipperd (Bar No. 359627)
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP

Nathan B. Sabri (Bar No. 252216)
James S. Miller (Bar No. 317363)
Mathieu Swiderski (Bar No. 330333)
Jonathan I. Tietz (*pro hac vice*)
Tara L. Kurtis (*pro hac vice*)
PERKINS COIE LLP

*Counsel for Defendants*
AMAZON.COM, INC., AMAZON WEB
SERVICES, INC., and TWITCH
INTERACTIVE, INC.

**IT IS ORDERED** that the deadline for fact discovery is extended to July 17, 2026.

Dated: June 26, 2026

Hon. Thomas S. Hixon