UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BSD CROWN, LTD.,

        Plaintiff,

    v.

AMAZON.COM, INC., et al.,

        Defendants.

Case No.  23-cv-00057-TSH

**ORDER RE CASE SCHEDULE**

The Court has extended the close of fact discovery to July 17, 2026.  The Court **ORDERS** the parties to meet and confer concerning the rest of the dates for the case schedule and within seven days to file a jointly proposed schedule or competing proposals.  If there are competing proposals, the parties may include arguments in favor of their respective proposals.

    **IT IS SO ORDERED.**

Dated: June 26, 2026

THOMAS S. HIXSON
United States Magistrate Judge