Francisco A. Villegas (Bar No. 206997)
Damir Cefo (*pro hac vice*)
Mark W. Halderman (*pro hac vice*)
Evan M. Rosenbaum (Bar No. 310414)
fvillegas@villegascefo.com
dcefo@villegascefo.com
mhalderman@villegascefo.com
erosenbaum@villegascefo.com
VILLEGAS & CEFO, LLP
1350 Avenue of the Americas, Floor 2
New York, NY 10019
Telephone: (646) 844-0679

John V. Picone III (Bar No. 187226)
jpicone@spencerfane.com
SPENCER FANE LLP
225 West Santa Clara Street, Suite 1500
San Jose, CA 95113
Telephone: (408) 286-5100

Attorneys For Plaintiff
B.S.D. CROWN, LTD.

ROBIN L. BREWER, Bar No. 253686
rbrewer@sheppard.com
ALLEGRA J. KRESS, Bar No. 357488
akress@sheppard.com
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100

NATHAN B. SABRI, Bar No. 252216
nsabri@perkinscoie.com
MATHIEU A. SWIDERSKI, Bar No. 330333
mathieuswiderski@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: (415) 344-7000

*Attorneys for Defendants*
AMAZON.COM, INC. AMAZON WEB
SERVICES, INC. AND TWITCH
INTERACTIVE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| B.S.D. CROWN, LTD., | Case No. 3:23-cv-00057-TSH |
| Plaintiff, | |
| v. | **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE CASE SCHEDULE** |
| AMAZON.COM, INC., AMAZON WEB SERVICES, INC. and TWITCH INTERACTIVE, INC., | |
| Defendants. | |

1

WHEREAS, on June 26, 2026 the Court issued an Order that the parties meet and confer concerning the rest of the dates for the case schedule and file a jointly proposed schedule or competing proposals within seven days of the order. ECF No. 221.

WHEREAS, there is good cause to extend the current July 3 deadline as Plaintiff and Defendants continue to discuss the case schedule;

WHEREAS, this extension of time will not alter the date of any event or any deadline already fixed by Court order.

NOW, THEREFORE, the Plaintiff and Defendants respectfully request that the Court extend the deadline to file a proposed case schedule from July 3, 2026 to July 6, 2026.

Dated: July 3, 2026

/s/ Francisco Villegas
Counsel for Plaintiff

VILLEGAS & CEFO LLP
Francisco A. Villegas
Damir Cefo
Mark W. Halderman
Evan M. Rosenbaum

Attorneys for Plaintiff
BSD CROWN, LTD.

Dated: July 3, 2026

/s/ Robin Brewer
Counsel for Defendants

Robin L. Brewer
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

Attorneys for Defendants
AMAZON.COM, INC., AMAZON WEB SERVICES, INC., and TWITCH INTERACTIVE, INC.

**IT IS ORDERED** that the foregoing extension of time is approved.

Dated: July 6, 2026____

_____
Hon. Thomas S. Hixson

2