Francisco A. Villegas (Bar No. 206997)
Damir Cefo (*pro hac vice*)
Mark W. Halderman (*pro hac vice*)
Evan M. Rosenbaum (Bar No. 310414)
fvillegas@villegascefo.com
dcefo@villegascefo.com
mhalderman@villegascefo.com
erosenbaum@villegascefo.com
VILLEGAS & CEFO, LLP
1350 Avenue of the Americas, Floor 2
New York, NY 10019
Telephone: (646) 844-0679

John V. Picone III (Bar No. 187226)
jpicone@spencerfane.com
SPENCER FANE LLP
225 West Santa Clara Street, Suite 1500
San Jose, CA 95113
Telephone: (408) 286-5100

Attorneys For Plaintiff
B.S.D. CROWN, LTD.

ROBIN L. BREWER, Bar No. 253686
rbrewer@sheppard.com
ALLEGRA J. KRESS, Bar No. 357488
akress@sheppard.com
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100

NATHAN B. SABRI, Bar No. 252216
nsabri@perkinscoie.com
MATHIEU A. SWIDERSKI, Bar No. 330333
mathieuswiderski@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: (415) 344-7000

*Attorneys for Defendants*
AMAZON.COM, INC. AMAZON WEB
SERVICES, INC. AND TWITCH
INTERACTIVE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| B.S.D. CROWN, LTD., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., AMAZON WEB SERVICES, INC. and TWITCH INTERACTIVE, INC., <br><br> Defendants. | Case No. 3:24-cv-00057-TSH <br><br> **JOINT STIPULATION AND** ~~**[PROPOSED]**~~ **ORDER TO TAKE DEPOSITIONS OUT OF TIME AND REGARDING APPLE MATERIALS** <br><br> Judge: Hon. Thomas S. Hixson |

Pursuant to Patent Local Rule 3-6, and Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiff BSD Crown Ltd. ("Plaintiff") and Defendants Amazon.com, Inc., Amazon Web Services, Inc., and Twitch Interactive, Inc. ("Defendants") (collectively, "the Parties"), by and through their respective counsel, hereby stipulate to the following:

WHEREAS, the deadline for fact discovery is set for July 17, 2026;

WHEREAS, to accommodate counsel for BSD, the parties agreed to take the depositions of Dror Ginzberg and James Yamat outside of fact discovery;

WHEREAS, the depositions are scheduled for July 22 (Mr. Ginzberg) and July 23 (Mr. Yamat);

WHEREAS, Apple is working to finalize its review of materials received from Conno O'Cozen;

WHEREAS, the parties had a joint call with Apple on July 16, 2016, and are working to finalize production of *Apple* litigation materials expeditiously;

WHEREAS, the parties agree that *Apple* litigation materials produced after the close of fact discovery may be relied upon in this case;

WHEREAS, the parties' agreement to take the depositions of Messrs. Ginzberg and Yamat outside of time and agreement related to the production of *Apple* litigation material will not alter the date of any event or any deadline already fixed by Court order.

NOW, THEREFORE, Plaintiff and Defendants respectfully request that the depositions of Messrs. Ginzberg and Yamat may be taken outside of the close of fact discovery, and that *Apple* litigation materials produced after the close of fact discovery may be relied upon in this case.

IT IS SO STIPULATED.

1

JOINT STIP TO TAKE DEPOS OUT OF TIME AND
REGARDING APPLE MATERIALS                                      CASE NO. 3:24-CV-00057-TSH

Dated: July 17, 2026

By: */s/ Francisco A. Villegas*
    Francisco A. Villegas
    VILLEGAS & CEFO LLP

    Counsel for Plaintiff
    BSD CROWN, LTD.

By: */s/ Robin L. Brewer*
    Robin L. Brewer

    SHEPPARD, MULLIN, RICHTER &
    HAMPTON LLP

    Attorneys for Defendants
    AMAZON.COM, INC.,
    AMAZON WEB SERVICES, INC. and
    TWITCH INTERACTIVE, INC.

## ATTESTATION CLAUSE

I, Robin L. Brewer, am the ECF user whose credentials were used in this filing. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have consented to the filing of this document.

Dated: July 17, 2026

By:    */s/ Robin L. Brewer*
       Robin L. Brewer

       SHEPPARD, MULLIN, RICHTER
       & HAMPTON LLP

**IT IS ORDERED** that the foregoing stipulation is approved.

Dated:  July 17, 2026_____

_____
Hon. Thomas S. Hixson

JOINT STIP TO TAKE DEPOS OUT OF TIME AND
REGARDING APPLE MATERIALS
CASE NO. 3:24-CV-00057-TSH