United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BSD CROWN, LTD.,<br>Plaintiff,<br>v.<br>AMAZON.COM, INC., et al.,<br>Defendants. | Case No. 23-cv-00057-TSH<br><br>**DISCOVERY ORDER**<br>Re: Dkt. Nos. 234 to 246 |

On July 24 and 25, 2026, the parties filed a series of joint discovery letter briefs and motions to seal. Due to the volume of the material, the Court finds that hard copies would be useful. Accordingly, the Court **ORDERS** the parties to submit hard copies of ECF Nos. 234 through 246 no later than July 29, 2026. The hard copies shall be in binders and tabbed, and each tab shall be labeled according to ECF number (e.g., 235-2).

**IT IS SO ORDERED.**

Dated: July 27, 2026

THOMAS S. HIXSON
United States Magistrate Judge