United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BSD CROWN, LTD.,<br>Plaintiff,<br>v.<br>AMAZON.COM, INC., et al.,<br>Defendants. | Case No. 23-cv-00057-TSH<br><br>**ORDER RE MOTION TO SEAL**<br>Re: Dkt. No. 204 |

The parties' motion to seal and redact at ECF No. 204 is **GRANTED**. The Court notes, however, that the motion has not been implemented correctly. In ECF No. 206, the parties filed everything under seal, meaning that the parties filed under seal exhibits they did not request to seal, and they also filed the redacted documents under seal. Accordingly, the Court **ORDERS** the parties to file in the public record the redacted joint discovery letter brief, the redacted exhibits, and the exhibits the parties do not request to seal or redact, within five days.

**IT IS SO ORDERED.**

Dated: July 27, 2026

THOMAS S. HIXSON
United States Magistrate Judge