Francisco A. Villegas (Bar No. 206997)
Damir Cefo (*pro hac vice*)
Mark W. Halderman (*pro hac vice*)
Evan M. Rosenbaum (Bar No. 310414)
fvillegas@villegascefo.com
dcefo@villegascefo.com
mhalderman@villegascefo.com
erosenbaum@villegascefo.com
VILLEGAS & CEFO, LLP
1350 Avenue of the Americas, Floor 2
New York, NY 10019
Telephone: (646) 844-0679

John V. Picone III (Bar No. 187226)
jpicone@spencerfane.com
SPENCER FANE LLP
225 West Santa Clara Street, Suite 1500
San Jose, CA 95113
Telephone: (408) 286-5100

Attorneys For Plaintiff
B.S.D. CROWN, LTD.

ROBIN L. BREWER, Bar No. 253686
rbrewer@sheppard.com
ALLEGRA J. KRESS, Bar No. 357488
akress@sheppard.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100

NATHAN B. SABRI, Bar No. 252216
nsabri@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: (415) 344-7000

*Attorneys for Defendants*
AMAZON.COM, INC. AMAZON WEB SERVICES, INC. AND TWITCH INTERACTIVE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

BSD CROWN, LTD.,

Plaintiff,

v.

AMAZON.COM, INC.,
AMAZON WEB SERVICES, INC., AND
TWITCH INTERACTIVE, INC.,

Defendants.

Case No. 3:24-cv-00057-TSH

**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND DEADLINES FOR EXPERT DISCOVERY AND AMEND SCHEDULING ORDER (DKT. NO. 226)**

Pursuant to Civil Local Rule 6-1(b), 6-2, and 7-12, Plaintiff BSD Crown Ltd. ("BSD") and Defendants Amazon.com, Inc. ("Amazon.com"), Amazon Web Services, Inc. ("AWS"), and Twitch Interactive, Inc. ("Twitch") (collectively, "Defendants") (both BSD and Defendants collectively "the Parties") hereby stipulate to the following:

WHEREAS, on Friday, August 28, 2026, BSD's counsel informed Defendants' counsel that one of its experts, Dr. Michael Zink, had recently undergone major surgery;

WHEREAS, BSD's counsel represented that his post-surgery recovery has taken longer than expected, which has impacted his ability to finalize his expert report;

WHEREAS, Counsel for BSD has further represented that Dr. Zink's opinions are relied upon by BSD's other expert witnesses, and so staggering the reports would cause further complications to the case schedule;

WHEREAS, the Parties agreed that disturbing the schedule by more than one week might threaten the overall viability of the existing schedule, which was architected to facilitate the Parties' and Court's convenience for dispositive motions and trial;

WHEREAS, the Parties met and conferred by email over the weekend, and in the interest of maintaining the balance of the schedule, and to provide for a reasonable time for Dr. Zink to recover from his surgery and finalize his report, Defendants consented to a one-week extension for all experts;

WHEREAS, good cause exists for the extension because, while only Dr. Zink requires additional time for his report, his report is relied upon by BSD's other experts, requiring his report to be complete before issuing BSD's other reports. Simultaneously, allowing BSD's experts but not Defendants' experts an extra week to prepare their reports would prejudice Defendants. An extension of the Rebuttal Expert Report deadline is appropriate to maintain the balance of time initially contemplated by the Updated Case Management and Scheduling Order for the Parties' rebuttal experts to respond to the opening expert reports. However, limiting this extension to one week will allow the Parties to maintain the existing close of expert discovery and keep all other deadlines unchanged;

WHEREAS, the Parties believe no other extensions are necessary, and the balance of the current Updated Case Management Schedule will remain in effect without disruption;

NOW, THEREFORE, the Parties respectfully request that the Court issue a new Case Management Schedule modifying only: (1) the deadline for Disclosure of Expert Witnesses from September 2, 2026 to September 9, 2026, and (2) the deadline for Disclosure of Rebuttal Expert Witnesses from October 7, 2026 to October 14, 2026.

IT IS SO STIPULATED.

Dated: August 31, 2026

By: */s/ Francisco A. Villegas*
Francisco A. Villegas
VILLEGAS & CEFO LLP

Counsel for Plaintiff
BSD CROWN, LTD.

By: */s/ Robin L. Brewer*
Robin L. Brewer

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

Attorneys for Defendants
AMAZON.COM, INC.,
AMAZON WEB SERVICES, INC. and
TWITCH INTERACTIVE, INC.

**IT IS ORDERED** that the foregoing stipulation is approved.

Dated: August 31, 2026

Hon. Thomas S. Hixson