Francisco A. Villegas (Bar No. 206997)
Damir Cefo (*pro hac vice*)
Mark W. Halderman (*pro hac vice*)
Evan M. Rosenbaum (Bar No. 310414)
fvillegas@villegascefo.com
dcefo@villegascefo.com
mhalderman@villegascefo.com
erosenbaum@villegascefo.com
VILLEGAS & CEFO, LLP
1350 Avenue of the Americas, Floor 2
New York, NY 10019
Telephone: (646) 844-0679

John V. Picone III (Bar No. 187226)
jpicone@spencerfane.com
SPENCER FANE LLP
225 West Santa Clara Street, Suite 1500
San Jose, CA 95113
Telephone: (408) 286-5100

Attorneys For Plaintiff
B.S.D. CROWN, LTD.

ROBIN L. BREWER, Bar No. 253686
rbrewer@sheppard.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100

THOMAS N. MILLIKAN, Bar No. 234430
tmillikan@sheppard.com
JOSEPH P. REID, Bar No. 211082
jpreid@sheppard.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
12275 El Camino Real, Suite 100
San Diego, CA 92130
Telephone: (858) 720-7437

NATHAN B. SABRI, Bar No. 252216
nathan.sabri@ashurstperkinscoie.com
ASHURST PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: (415) 344-7000

*Attorneys for Defendants*
AMAZON.COM, INC. AMAZON WEB SERVICES, INC. AND TWITCH INTERACTIVE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

B.S.D. CROWN, LTD.,

Plaintiff,

v.

AMAZON.COM, INC.,
AMAZON WEB SERVICES, INC. and
TWITCH INTERACTIVE, INC.,

Defendants.

Case No. 3:24-cv-00057-TSH

**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER REQUESTING RELIEF FROM CASE MANAGEMENT AND SCHEDULING ORDER**

Judge: Hon. Thomas S. Hixson

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiff BSD Crown Ltd. ("Plaintiff") and Defendants Amazon.com, Inc., Amazon Web Services, Inc., and Twitch Interactive, Inc. ("Defendants") (collectively, "the Parties"), by and through their respective counsel, hereby stipulate to the following:

WHEREAS, the deadline for filing motions related to Expert Discovery pursuant to Civil L.R. 37-3 is set for November 12, 2026 under the Court's Updated Case Management and Scheduling Order (Dkt. 226);

WHEREAS, during the morning of November 12, 2026, it was announced that there was a nationwide Microsoft Outlook outage, which made both parties unable to reasonably communicate with their clients and internal teams on the day Expert Discovery motions are due;

WHEREAS, in addition, the parties had met and conferred and had intended to seek an extension to the briefing schedule so that oppositions to any Expert Discovery motions would not fall on the day after the Thanksgiving Holiday, Friday November 27;

WHEREAS, counsel for Defendants and counsel for BSD met and conferred by telephone and agreed to move the deadline to file Expert Discovery motions from November 12, 2026 to Tuesday, November 17, 2026, to accommodate the Thanksgiving holiday and allow for outside counsel for the parties to reasonably engage with their clients on the day Expert Discovery motions are filed;

WHEREAS, good cause exists for relief from the Updated Case Management Order to accommodate the current nationwide email outage, which has significantly hindered both parties equally, and would not impact any other deadlines in the case.

NOW, THEREFORE, Plaintiff and Defendants respectfully request that the Court grant an extension of the deadline to file Expert Discovery Motions from November 12, 2026 to November 17, 2026.

IT IS SO STIPULATED.

Dated: November 12, 2026

By: */s/ Francisco A. Villegas*
Francisco A. Villegas
VILLEGAS & CEFO LLP

Counsel for Plaintiff
BSD CROWN, LTD.

By: */s/ Robin L. Brewer*
Robin L. Brewer

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

Attorneys for Defendants
AMAZON.COM, INC.,
AMAZON WEB SERVICES, INC. and
TWITCH INTERACTIVE, INC.

**IT IS ORDERED** that the foregoing stipulation is approved.

Dated: November 13, 2026____

Hon. Thomas S. Hixson

**ATTESTATION CLAUSE**

I, Robin L. Brewer, am the ECF user whose credentials were used in this filing. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have consented to the filing of this document.

Dated: November 12, 2026

By: */s/ Robin L. Brewer*
Robin L. Brewer

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP