UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BSD CROWN, LTD.,<br>Plaintiff,<br>v.<br>AMAZON.COM, INC.,<br>AMAZON WEB SERVICES, INC., AND TWITCH INTERACTIVE, INC.,<br>Defendants. | Case No. 3:23-cv-00057-TSH<br><br>**ORDER GRANTING DEFENDANT AMAZON.COM, INC.'S UNOPPOSED MOTION TO REMOVE INCORRECTLY FILED DOCUMENT: DOCKET NO. 303-1** |

The Court having considered Amazon's Unopposed Motion to Remove Incorrectly Filed Document: Docket No. 303-1 hereby GRANTS this Motion to remove Docket No. 303-1 from the case docket.

**IT IS SO ORDERED.**

Dated: _November 23, 2026_____

Hon. Thomas S. Hixson
Magistrate Judge